No. 89–1776.  FONTHAM *v.* COMMITTEE ON PROFESSIONAL RESPONSIBILITY, LOUISIANA STATE BAR ASSN.  Sup. Ct. La. Certiorari denied.

No. 89–1791.  LAMBORN *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 89–1796.  HASSO ET AL. *v.* DUGGAN.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–1812.  ESPINUEVA *v.* GARRETT, SECRETARY OF THE NAVY.  C. A. 7th Cir.  Certiorari denied.

No. 89–1826.  CHURCH BY MAIL, INC. *v.* UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 89–1830.  JACKSON ET UX. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (WESTERN FARM CREDIT BANK ET AL., REAL PARTIES IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 89–1839.  BLUE CROSS & BLUE SHIELD OF KANSAS, INC., ET AL. *v.* REAZIN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–1841.  NORDSTROM ET AL. *v.* WASHINGTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–1851.  DONOFRIO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–1858.  EASTERN AUTO DISTRIBUTORS, INC. *v.* PEUGEOT MOTORS OF AMERICA, INC.  C. A. 4th Cir.  Certiorari denied.

No. 89–1860.  MAIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–1864.  ARBOLEDA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–1870.  UTZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.